IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> T.C. BAK & ASSOCIATES, INC., an Illinois corporation, and THADDEUS C. BAK, JR., a/k/a TED C. BAK JR., Individually, <br><br> Defendants. | No. 06-C-537 <br><br> Judge Kendall <br><br> Magistrate Judge Nolan |

## MEMORANDUM OF JUDGMENT

On March 26, 2007, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS FRINGE PENSION, WELFARE, SAVINGS APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, and against Defendants, T.C. BAK & ASSOCIATES, INC., an Illinois corporation, and THADDEUS C. BAK, JR., a/k/a TED C. BAK, JR., Individually, in the total amount of $45,670.78 with each Defendant jointly and severally liable.

DATED: 3-30-07

ENTER: _____
Honorable Judge Kendall

James R. Anderson
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415